AUSA: Thomas Cribbins Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Task Force Officer: Craig Pender Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.

Eleazareli MAYCOCK

Case No. Case: 2:26−mj−30369
Assigned To : Unassigned
Assign. Date : 6/17/2026
Description: CMP USA V. SEALED (DJ)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 22, 2026 in the county of Macomb in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(k) | Receipt or Possession of a Firearm with a Removed, Obliterated, or Altered Serial Number |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Craig Pender, TFO - FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: June 17, 2026

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Craig Pender, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION & AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on the following: my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2. I am a Federal Air Marshal assigned to the Federal Bureau of Investigation as a Task Force Officer (TFO). I have been a Federal Air Marshal since 2002 and am currently assigned to the FBI's Detroit Division, Joint Terrorism Task Force. As a member of the Joint Terrorism Task Force, I primarily investigate crimes related to domestic terrorism, threats against persons, and other crimes. I have personally participated in this investigation, and I am thoroughly familiar with the information contained in this affidavit.

3. I have conducted and or participated in numerous criminal investigations involving the possession and use of firearms, and other violations of federal law.

4. The purpose of this affidavit is to establish probable cause that on or about May 22, 2026, in the Eastern District of Michigan, Eleazareli MAYCOCK (DOB XX/XX/2006) violated 18 U.S.C. § 922(k)-Receipt or Possession of Firearm with a Removed, Obliterated, or Removed Serial Number.

5. 18 U.S.C § 922(k) prohibits transporting, shipping, receiving, or possessing a firearm that has, at any time, travelled in interstate or foreign commerce that has had the serial number removed, obliterated, or altered. The government is required to show (1) the defendant "knowingly possessed a firearm"; (2) "which had its serial number altered, removed or obliterated"; and (3) the firearm "had been shipped, received or transported in interstate commerce."

## PROBABLE CAUSE

6. In May 2026, the FBI received information regarding Eleazareli MAYCOCK, alleging he made threatening statements on YouTube.

7. On May 22, 2026, I interviewed MAYCOCK at his residence in Macomb, Michigan, along with other FBI agents, task force officers, and deputies from the Macomb County Sheriff's Department.

8. Macomb, Michigan is located in Macomb County, which is entirely located within the Eastern District of Michigan.

9. During the interview, MAYCOCK admitted to possessing a Savage Arms .22 caliber rifle.

10. MAYCOCK showed me the rifle, and I observed that the Savage Arms .22 caliber rifle's serial number was removed, altered, or obliterated.

11. On the same day, MAYCOCK voluntarily relinquished the Savage Arms .22 caliber rifle to the Macomb County Sheriff's Department for safekeeping.

12. The photograph below is a picture of the Savage Arms .22 caliber rifle:



13. The photograph below is a picture of the area of the removed, obliterated, or altered serial number on the Savage Arms .22 caliber rifle:




14. On June 9, 2026, I interviewed MAYCOCK at his residence in Macomb, Michigan. MAYCOCK stated during a consensual interview that he purchased the rifle from Dunham's Discount Sports located at 11950 Hall Road in Sterling Heights, Michigan in February 2026.

15. MAYCOCK stated during a consensual interview that when he purchased the firearm from Dunham's, it was "new."

16. On June 17, 2026, I contacted ATF Special Agent and Interstate Nexus Expert Dustin Hurt and provided information about the Savage Arms .22 caliber rifle. SA Hurt confirmed the firearm was manufactured by Savage Arms outside of the state of Michigan and therefore travelled in and affected interstate commerce. SA Hurt also confirmed the firearm is a firearm as defined in 18 U.S.C. § 921(a)(3).

17. Based on my training and experience, I know that the serial number is in a place on the rifle that prevents accidental removal, obliteration, or alteration of the serial number.

18. The serial number is located in a recessed area of the upper receiver just below the top rail. Combined with the angle of the heavy scratches, the damage to the serial number could not have occurred through normal usage or an accident. Based on my training and experience, the location of the scratch marks indicates this type of damage is intentional.

19. Additionally, the area surrounding the serial number does not exhibit the same scratching or other marks to indicate that the serial number was scratched, removed, obliterated, or altered by accident.

20. Additionally, the Savage Arms .22 caliber rifle also had writing on the stock of the rifle. The writing appeared to be made with a white paint marker.

21. The writing on the stock of the rifle read: "There is no God," along with a star surrounded by a circle. The following photograph shows the writing on the rifle stock:




22. On November 30, 2021, Ethan Crumbley committed a mass shooting at Oxford High School in Oxford, Michigan. Four students were murdered, and seven others were injured. In October 2022, Ethan Crumbley pleaded guilty to 24 counts in Oakland County Circuit Court related to the shooting. The charges included murder and terrorism. In December 2023, Crumbley was sentenced to life imprisonment without the possibility of parole, plus an additional 24 years' imprisonment.

23. The same phrase, "There is no God," was stated by Ethan Crumbley in a video posted the night before the mass shooting at Oxford High School. The portion of the video containing this phrase was publicly displayed and presented at

a pre-sentencing *Miller* hearing for Ethan Crumbley. This video, or quotes from it, were captured in numerous publicly accessible news articles and blogs.[1]

24. Additionally, YouTube comments made by an account registered to MAYCOCK's address have also praised other mass shooters including the comment "i will be the next brenton tarrant trust me."[2]

25. Based on my training and experience, numerous online and social media communities are dedicated to glorifying mass shooters and discussing the details of their shootings and iconography.

## CONCLUSION

26. Based upon the above information, there is probable cause that on or about May 22, 2026, in the Eastern District of Michigan, Eleazareli MAYCOCK violated 18 U.S.C. § 922(k)- Receipt or Possession of Firearm with a Removed, Obliterated, or Removed Serial Number.

---

[1] https://www.macombdaily.com/2023/07/27/judge-sees-crumbleys-selfie-pre-shooting-video-then-hears-details-of-executions-at-oxford-high/;
https://www.freep.com/story/news/local/michigan/oakland/2023/08/01/ethan-crumbley-oxford-michigan-school-shooter-miller-hearing-life-sentence/70505371007/;
https://www.mlive.com/news/2023/07/haunting-words-of-michigan-school-shooter-i-am-the-demon.html; https://www.freep.com/story/news/local/michigan/oakland/2023/07/27/ethan-crumbley-hearing-oxford-michigan-school-shooting/70477332007/;
https://www.instagram.com/reel/CvOB1VyISfm/;
https://www.theoaklandpress.com/2023/07/28/judge-hears-testimony-about-ethan-crumbley-and-oxford-school-shooting-on-first-day-of-miller-hearing/;
https://www.womenofgrace.com:8443/blog/?p=82440

[2] On March 15, 2019, Brenton Tarrant committed two mass shootings in Christchurch, New Zealand. 51 people were murdered and 89 others were injured. Tarrant live-streamed the first shooting on Facebook.

Task Force Officer Craig Pender
Federal Bureau of Investigation

Subscribed and sworn before me or
by reliable electronic means.

Honorable Kimberly G. Altman
United States Magistrate Judge

Dated: June 17, 2026