UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO. 2:26-mj-30369

v.

ELEAZARELI MAYCOCK,

Defendant.
_______________________________________________/

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

As evidenced by their signatures below, the parties stipulate that the current Defense Counsel for Eleazareli Maycock, Matthew Monahan (P84051), be substituted by Attorney Barton W. Morris, Jr. (P54701).

Respectfully submitted,

By: /s/ Barton W. Morris, Jr.
BARTON W. MORRIS, JR. (P54701)
Counsel for Defendant
801 W Big Beaver Road, Suite 600
Troy, Michigan 48084
(248) 541-2600
Email: barton@bartonmorris.com

s/ with consent of Michael Monahan
Matthew Monahan (P84051)
Federal Community Defender Office
613 Abbott Street, Suite 500
Detroit, MI 48226
matthew_monahan@fd.org
Dated: June 22, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

THE LAW OFFICES OF BARTON W. MORRIS, JR.

By: /s/ Barton W. Morris, Jr.
BARTON W. MORRIS, JR. (P54701)
Counsel for Defendant
801 W Big Beaver Road, Suite 600
Troy, Michigan 48084
(248) 541-2600
Email: barton@bartonmorris.com

Dated: June 22, 2026