**Index of Exhibits**

1. Exhibit 1-Screenshot
2. Exhibit 2-Screenshot
3. Exhibit 3-Screenshot
4. Exhibit 4-Screenshot
5. Exhibit 5-Screenshot
6. Exhibit 6-Screenshot
7. Exhibit 7-Screenshot
8. Exhibit 8-Screenshot
9. Exhibit 9-Screenshot
10. Exhibit 10-Screenshot
11. Exhibit 11-Screenshot
12. Exhibit 12-Screenshot
13. Exhibit 13-Screenshot
14. Exhibit 14-Screenshot
15. Exhibit 15-Screenshot