GOVERNMENT EXHIBIT
1

**Account not found**

# Account not found

Yesterday 3:33 PM

Replied to your Story




No one really because you're a worthless fucking bitch and you will die as such

Tap here to report or block the sender.

Effects

Share po

Message...