GOVERNMENT EXHIBIT

2

