8:08

**Account not found**

GOVERNMENT EXHIBIT
3

## Account not found

Yesterday 1:25 PM

Pick your grave site.

**Account not found sent you a message request**

We ask that you review these requests carefully. Accepting this request will let you reply to this chat immediately. If you delete, this chat will be removed from your message requests.

Report | Delete | Accept