GOVERNMENT EXHIBIT
4



🕰: [Video]



I made a explosive the size of peanut it did this

🕰: [Photo]



Now take a guess what 20 of these can do..

Something big is going to happen

❤️ 😂 👍 Effects Share pc

Message...