


GOVERNMENT EXHIBIT

5