


GOVERNMENT
EXHIBIT
6