10:31 TEMU 100

Eli

Macomb, MI • now

GOVERNMENT EXHIBIT 7

ME

#1 would you achily ever hurt me if we stop talking

ELI

Ok no I won't hurt u.

And again that depends

ME

#2 if we start dating again would you get ride of the guns or put them up and stop using them

ELI

And yeah would

ME

#3 if we where to start dating again would you let me come over to you house

ELI

But they don't mind meeting you so actually yeah you can come over

Alright then yes

Yes [redacted] I am not 3💀

ELI

I stalked you because I love you

ME

Thqts the craziest shi I ever hurd but ok then

ELI

You better

THURSDAY

ME

…ood morningggg love im going to get ready

Send a chat