4:15

GOVERNMENT EXHIBIT 8

**Account not found**

# Account not found

Tuesday 8:00 PM

You unfollowed me on snap which will of course come with some consequences. I wanted to make this work but you fucked me over again. And you will pay I don't care how far you live away from me - Eli

Tuesday 9:25 PM

Are you like done yet

This user is unable to receive your message due to this user's privacy settings

❤️ 😂 👍 Effects Share po

Message...