GOVERNMENT EXHIBIT
9

