GOVERNMENT EXHIBIT
10

[redacted]

Nothing's gonna happen to you like I said I have no plans or intentions on hurting you. But I do wish and I pray that you get so depressed that you OD on drugs and fucking die you worthless bitch.

Your mother was so right about you. You're nothing but a manipulating skank.

You never loved me. It was all just lies. You built your entire empire on lies.

The day God takes your soul is the day that humanity is free from you. You're disgusting face and personality you sufferable whore!!!!! [redacted] was right about you. Everybody was right about

This is an unknown contact. See who it is with **Reward Points**.

See Who It Is

Mark as Spam

GIF Type a message