7:01 12

# Account not found

GOVERNMENT EXHIBIT
11




Yesterday 12:46 PM

Ok

This user is unable to receive your message due to this user's privacy settings

Today 6:22 PM

4 months.

Effects
Share po

Message...