GOVERNMENT EXHIBIT 12

10:30

Elijah Hamid

10:17 PM

You know. You have the worst daughter ever!! She broke my heart and I did nothing to her and she left me for a guy who hits her and verbally abuses her and cheats on her and she's a fucking dumb ass bitch if she takes him back every goddamn time. You should've had an abortion while you had the chance.

All she ever did was play the victim while surrounding herself by people to put her in that position

She does weed takes pills, and drinks loads of alcohol. She's not even 17 yet let alone 21 and she sleeps around to get alcohol from grown men. She's a whore and she's no good. You should disown that bitch and try again and hopefully you'll get a better daughter.

-Eli

If you accept, Elijah Hamid will be able to call you and may see information like your Active Status and when you've read messages. Choose who can message you

Block | Delete | Accept

Edit with AI