12:10

Account not found

GOVERNMENT EXHIBIT 13

Today 11:43 AM

One more thing. Remember The day we were supposed to go ice skating and I said my dad called me wanting the car?? Well he didn't. When I was driving I was thinking.... Why did she ask me to get rid of my guns?? And why was that so important to her that our relationship depended on it??? Like a contract/deal?? then I answered myself. This whole thing was a plot to kill me. You wanted me to be vulnerable so when I went over to your place then we went ice-skating once we walk out of the building.[redacted]is waiting to assassinate me then you get rid of me and you guys have a relationship, and you a free from me. Once I put all the pieces together, I told you that story. And I was a good actor, acting like I was so distraught that I couldn't see you and you fell right into it. It was a good plot [redacted] It was a good plan, but you failed miserably now you

Share post Quick replies

Message...

12:10 S 68

Account not found

you failed miserably now you will pay for that assassination attempt. Like I said, I'm always three steps ahead. Another thing I know you're a woman, but I pray you're not stupid enough to fall for the fact that I would send you a Snapchat full of girls just exposing myself. This was also a test to see what you would do. And you failed. I knew if you broke up with me you would go back with him and like the woman you are you did, any excuse to leave me. and my test was successful and yours failed. There is consequences for wanting me dead [redacted] remember that.. and what hurts the most is I actually love you after everything you did I was still wanting to make it work while you were planning to end my life. Allah says in the Quran that he will use the hands of the believers to punish the disbeliever remember that [redacted]. God states in the Quran, specifically in Surah At-Tawbah (9:14) "Fight them; Allah will

Share post

Quick replies

Message...