12:02

Jack

GOVERNMENT EXHIBIT 14

me doesn't do anything. I can always make a new account you know that right?? Anyways I want a friendship with you at least… there's always a way to reach me just because I block you doesn't mean I don't want anything to do with you. You could always just make a new account and contact me. I see [redacted] out of the picture ( for now I believe) but [redacted] I want to squash the beef I'm sick of fighting. You might not think I love you, but why would I fight for someone so hard If I did not love them. Yes I said some questionable shit but so did you. It's almost circling one year of us being off and April 25 is right around the corner and if we would've stayed together, it would've been our one year anniversary. You know I'm not gonna give up. you know I don't wanna fight, but you know if I have to I will. so what's the point of rejecting me any longer when you know it does more bad than good..

Effects

Cards

Jack

me any longer when you know it does more bad than good.. well that's all I have to say.. for now...... my TikTok's are. @john79921 @patrioticeagle1776 and @ikwhouare_616 i'm coming to you with respect. Have I called you out of your name have I called you a bitch? No.. this is me just wanting you. Talk soon...

Tap here to report or block the sender.

Today 12:02 PM

Idk what you cant get threw your head i dont like you i dont want to be with you i dont want to be your friend i dont even wana fucking talk to you can you just stay out my life for once sence 2023 you have been texting me and harassing me but now sence I dated you a YEAR ago it's gotten to a point of no return I said it once I'm saying it for a last time leve me alone and stop texting me otherwise I will be

Effects

Cards


12:25
Account not found
for once sence 2023 you have been texting me and harassing me but now sence I dated you a YEAR ago it's gotten to a point of no return I said it once I'm saying it for a last time leve me alone and stop texting me otherwise I will be pressing charges on you and yes I can cus I have your address and the detective out where I am now knows your name so fuck off stop texting
Today 12:18 PM
Account not found deleted a message
I should've did it while we were in the forest.
Today 12:25 PM
Lmaooo
This user is unable to receive your message due to this user's privacy settings
Effects
Cards