6:46 62

Account not found

GOVERNMENT EXHIBIT 15

**Account not found**

@patrioticeagle1776

Today 5:45 PM

Well, this was the inevitable I told you she's a stupid whore. But I am offering you $500-1k to help me get brutal revenge on her if you're too pussy to take the deal then fine but here's the offer. If your down then you can make a new acc and find me I will be here. If not then fine I will get someone else

Tap here to report or block the sender.

Effects Cards