6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
OCT 08 2026
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA

Case No. 2:26-cr-20410

v.

Hon. Brandy R. McMillion

ELEAZARELI MAYCOCK,

Defendant.
_________________________________/

Violations: 18 U.S.C. § 922(k)
18 U.S.C. § 924(a)(1)(B)
18 U.S.C. § 2261A(2)(B)
18 U.S.C. § 2261(b)(3)
18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(b)(1)

**SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**
18 U.S.C. § 922(k) & 924(a)(1)(B)
*Possession of a Firearm with a Removed, Altered, and Obliterated Serial Number*

On or about May 22, 2026, in the Eastern District of Michigan, Southern Division, the defendant, Eleazareli Maycock, knowingly possessed a firearm, that is, one Savage Arms, .22 caliber rifle, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered, and obliterated, as the defendant knew, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

**COUNT TWO**
18 U.S.C. § 2261A(2)(B) & § 2261(b)(3)
*Cyberstalking*

From in or about May 2025 until in or about June 2026, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, Eleazareli Maycock, with the intent to kill, injure, harass, intimidate, or place under surveillance with the intent to kill, injure, harass or intimidate another person, Minor Victim One, used an electronic communication service, or electronic communication system of interstate and foreign commerce, or a facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Minor Victim One, all in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b).

It is further alleged that the defendant, Eleazareli Maycock, used a dangerous weapon during the offense, in violation of Title 18, United States Code, Section 2261(b)(3).

**COUNT THREE**
18 U.S.C. § 2252A(a)(1) & 2252A(b)(1)
*Transportation of Child Pornography*

On or about September 28, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Eleazareli Maycock, knowingly transported child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of

interstate and foreign commerce and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

## FORFEITURE ALLEGATION

18 U.S.C. § 924(d); 28 U.S.C. § 2461; 18 U.S.C. § 2253(a)

The allegations contained in this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461, and Title 18, United States Code, Section 2253(a).

Upon conviction of the offense alleged in Count One of this Indictment violating Title 18, United States Code, Section 922(k), the defendant shall forfeit to the United States any firearm and ammunition involved in or used in his knowing violation of Section 922(k), pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

Upon conviction of the offense alleged in Count Three of this Indictment violating Title 18, United States Code, Section 2252A(a)(1), the defendant shall forfeit to the United States:

a. any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which

was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

Substitute Assets. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Douglas C. Salzenstein*
DOUGLAS C. SALZENSTEIN
Chief, National Security Unit
Assistant United States Attorney

*s/ Thomas Cribbins*
THOMAS CRIBBINS
Assistant United States Attorney

Dated: October 8, 2026

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>26-cr-20410 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** TC |

**Case Title:** USA v. Eleazareli Maycock

**County where offense occurred :** Macomb

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
__✓__Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** 26-cr-20410 **Judge:** Brandy McMillion

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| Eleazareli Maycock | 18 U.S.C. § 2252A(a)(1) | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 8, 2026
Date

Thomas Cribbins
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9556
Fax: (313) 226-2311
E-Mail address: thomas.cribbins@usdoj.gov
Attorney Bar #: P86891

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.